LAW OFFICE OF JERRY L. STEERING
Jerry L. Steering, Esq. (SBN 122509)
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883
Email: jerrysteering@yahoo.com

LAW OFFICE OF GREGORY PEACOCK
Gregory Peacock, ESQ. (SBN. 277669)
4425 Jamboree Road, Suite 130
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

Attorneys for Plaintiff Bellagio Brown

DANIEL S. ROBERTS, Bar No. 205535
droberts@colehuber.com
NICOLE R. ROGGEVEEN, Bar No. 252587
nroggeveen@colehuber.com
SUNNY H. HUYNH, Bar No. 318012
shuynh@colehuber.com
COLE HUBER LLP
3401 Centrelake Drive, Suite 670
Ontario, California 91761
Telephone:   (909) 230-4209
Facsimile:   (909) 937-2034

Attorneys for Defendant Gabriel Gutierrez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLAGIO BROWN,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF ONTARIO;<br>GABRIEL GUTIERREZ; and<br>DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 5:20-cv-00476-DMG (SHKx)<br>The Hon. Dolly M. Gee<br><br>**JOINT STATUS REPORT RE PROPOSED NEW TRIAL DATE** |

Pursuant to the Court's December 29, 2021 Minute Order (Docket No. 72), the parties have met and conferred regarding a new trial date in the above-captioned matter. The next available trial dates for all parties, counsel, and expert witnesses are August 16, 2022, August 23, 2022, and August 30, 2022.

Respectfully submitted,

Dated: January 21, 2022

By: /s/ Gregory Peacock
Jerry L. Steering
Gregory Peacock
Attorneys for Plaintiff Bellagio Brown

Dated: January 21, 2022   COLE HUBER LLP

By: /s/ Daniel S. Roberts
Daniel S. Roberts
Nicole R. Roggeveen
Attorneys for Defendant Gabriel Gutierrez

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Joint Report attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

00083398.1